| | | |
|---|---|---|
| ClientCaseID: N7641 DPL<br>Law Firm ID: WHITFIEL | \*183664A\* | CaseReturnDate: 5/13/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08CV1868**

**I, R. MARSHALL GRADY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   PETITION
ON THE WITHIN NAMED DEFENDANT Environmental Success Construction, Inc.
PERSON SERVED **TRACEY YOUNG, CORPORATE SECRETARY**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **4/26/08**
THAT I SERVED THE PETITION FOR ENFORCEMENT OF ARBITRATION AWARD

That the sex, race and approximate age of the person whom I left the   PETITION
are as follow:

Sex   FEMALE   Race   BLACK   Age   45
Height   5' 7   Build   MEDIUM   Hair   BROWN

LOCATION OF SERVICE   **1156 S. Wesley**
**Oak Park, IL, 60304**

Date Of Service   4/26/08        Time of Service   11:08 AM

R. MARSHALL GRADY     4/28/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.