**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF | ) | |
| CARPENTERS, UNITED BROTHERHOOD | ) | |
| OF CARPENTERS AND JOINERS | ) | |
| OF AMERICA, | ) | Case No. 08 CV 1868 |
| | ) | |
| Plaintiff, | ) | Judge Hart |
| | ) | |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| ENVIRONMENTAL SUCCESS | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    ENVIRONMENTAL SUCCESS CONSTRUCTION, INC.
       c/o Allen Young, registered agent
       1156 S. WESLEY
       OAK PARK, IL 60304

PLEASE TAKE NOTICE that on June 11, 2008 I shall appear before the Honorable Judge William T. Hart at approximately 11:00 a.m. in Courtroom 2243 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                              CHICAGO REGIONAL COUNCIL OF
                              CARPENTERS, UNITED BROTHERHOOD
                              OF CARPENTERS AND JOINERS  OF
                              AMERICA,


                              /s/  David P. Lichtman

**CERTIFICATE OF SERVICE**

I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on June 4, 2008.
                              /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051