# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1868 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America v. Environmental Success Construction, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment [7] is granted. Court enters judgment confirming the arbitration award dated 11/29/2007.

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|