# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Chicago Regional Council of Carpenters,<br>United Brotherhood of Carpenters and Joiners<br>of America | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1868 |
| Environmental Success Construction, Inc. | |

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for default judgment is granted. Court enters judgment confirming the arbitration award dated 11/29/2007.

Michael W. Dobbins, Clerk of Court

Date: 6/11/2008                            _____
                                          /s/ Carol Wing, Deputy Clerk