IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | ) ) ) ) |
| | Case No. 08 CV 1868 |
| Plaintiff, | Judge Hart |
| v. | Magistrate Judge Keys |
| ENVIRONMENTAL SUCCESS CONSTRUCTION, INC., | |
| Defendant. | |

## NOTICE OF MOTION

To:   ENVIRONMENTAL SUCCESS CONSTRUCTION, INC.
      c/o Allen Young, registered agent
      1156 S. WESLEY
      OAK PARK, IL 60304

PLEASE TAKE NOTICE that on **August 13, 2008** I shall appear before the Honorable Judge William T. Hart at approximately 11:00 a.m. in Courtroom 2243 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion For Rule To Show Cause, a copy of which has been sent to you via U.S. Mail.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF
AMERICA,

/s/  David P. Lichtman

## CERTIFICATE OF SERVICE

I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on August 6, 2008.

/s/ David P. Lichtman

Attorney for Plaintiff
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051