## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−01868 |
| | Honorable William T. Hart |
| Environmental Success Construction, Inc. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

MINUTE entry before the Honorable William T. Hart:Motion hearing held on 8/13/2008. Plaintiff's motion for rule to show cause[13] is continued to 8/27/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.